UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROGME CORPORATION,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS,
LLC, et al.,

    Defendants.
_____/

Case No. 15-cv-13935

HONORABLE STEPHEN J. MURPHY, III

## ORDER GRANTING MOTION TO EXTEND TIME (document no. 24)

Defendant Comcast Cable Communications, LLC filed a motion for extension of time to answer or otherwise respond to Plaintiff Progme Corporation's first amended complaint. Comcast states that it sought concurrence in the motion and Progme consented to an extension of time until March 21, 2016. Accordingly, and for good cause shown:

It is hereby **ORDERED** that Comcast's Motion for Extension of Time (document no. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that Comcast shall **FILE** an Answer or otherwise respond to the First Amended Complaint by March 21, 2016.

**SO ORDERED**.

    s/Stephen J. Murphy, III
    STEPHEN J. MURPHY, III
    United States District Judge

Dated: March 9, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2016, by electronic and/or ordinary mail.

    s/Carol Cohron
    Case Manager