material for hyperlinking to a resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed printing predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed, said system comprising:

   means for generating said hyperlink address string including a first attribute indicating a predetermined hyperlink address comprising a resource identifier identifying said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed and a second attribute indicating one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed;

   means for encoding operably coupled to said means for generating for encoding said hyperlink address string for transmission in conjunction with said program signals representative of said predetermined program material via means for transmitting program-related signals;

   said means for transmitting program-related signals operably coupled to said means for encoding for transmitting said hyperlink address string in conjunction with said program signals representative of said predetermined program material to means for receiving program-related signals;

   said means for receiving program-related signals for receiving said hyperlink address string in conjunction with said program signals representative of said predetermined program material;

   means for processing via said processor operably coupled to said means for receiving program-related signals for processing said hyperlink address string in conjunction with said program signals representative of said predetermined program material for hyperlinking to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed printing said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed: A) processing said predetermined hyperlink address indicated in said first attribute to hyperlink to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed and B) processing said one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed indicated in said second attribute for said hyperlinking to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed printing said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed indicated in said second attribute;

   means for hyperlinking operably coupled to said means for processing for hyperlinking to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed wherein said hyperlinking to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed prints said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed according to said one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed indicated in said second attribute and

   means for printing operably coupled to said means for processing for printing said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed according to said one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed indicated in said second attribute.

2. A computer-implemented method deploying a generator for generating an hyperlink address string for transmission in conjunction with program signals representative of predetermined program material for hyperlinking to a resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed printing predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed, said method including the step of:

   generating said hyperlink address string via said generator for said transmission in conjunction with said program signals representative of said predetermined program material including a first attribute indicating a predetermined hyperlink address comprising a resource identifier identifying said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed and a second attribute indicating one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed.

3. The method of claim 2 wherein said hyperlink address string comprises a character string and said resource identifier identifying said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed comprises an URI or URL.

4. The method of claim 2 wherein said hyperlink address string is structured as a PrintWriter method including said first attribute indicating said predetermined hyperlink address comprising said resource identifier identifying said resource

in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed and said second attribute indicating said one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed wherein

said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed is defined within a print() or println() statement of said PrintWriter method,

said one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed comprises at least one parameter instructing a PrintWriter to print said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed and

said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed is printed via said PrintWriter.

5. The method of claim 4 wherein
said hyperlink address string is structured as a PrintWriter method having an out parameter and
said PrintWriter prints said predetermined printable output to display on a screen.

6. The method of claim 4 wherein
said hyperlink address string is structured as a PrintWriter method having a writer parameter and
said PrintWriter prints said predetermined printable output to display on a screen.

7. The method of claim 4 wherein said hyperlink address string is structured as a PrintWriter method having a pw parameter.

8. The method of claim 4 wherein
said hyperlink address string is structured as a PrintWriter method having a PrintStream parameter and
said PrintWriter prints said predetermined printable output to display on a screen.

9. The method of claim 2 wherein said predetermined hyperlink address comprises said resource identifier identifying said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material represented by said program signals representative of said predetermined program material are arrayed.

10. The method of claim 2 wherein said predetermined hyperlink address indicates an hyperlink address using the Http method having a predetermined value of Http Post or Http Get.

11. The method of claim 2 wherein said one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed includes a parameter defining a predetermined value of a predetermined copy control attribute of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed.

12. The method of claim 2 wherein said hyperlink address string further includes a third attribute indicating predetermined activation of both hyperlinking to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed and printing said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed.

13. The method of claim 2 further including the step of: encoding said hyperlink address string for transmission with said program signals representative of said predetermined program material.

14. A computer-implemented apparatus having a processor for processing an hyperlink address string in conjunction with program signals representative of predetermined program material for hyperlinking to a resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed printing predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed, said apparatus comprising:

means for receiving program-related signals for receiving said hyperlink address string in conjunction with said program signals representative of said predetermined program material including a first attribute indicating a predetermined hyperlink address comprising a resource identifier identifying said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed and a second attribute indicating one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed and

means for processing via said processor operably coupled to said means for receiving program-related signals for processing said hyperlink address string in conjunction with said program signals representative of said predetermined program material for hyperlinking to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed printing said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed: A) processing said predetermined hyperlink address indicated in said first attribute to hyperlink to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed and B) processing said one or a plurality of predetermined parameters defining said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed indicated in said second attribute for said hyperlinking to said resource in an

| 27 | 28 |

initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed printing said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed indicated in said second attribute.

15. The apparatus of claim 14 wherein said apparatus comprises a television receiver apparatus.

16. The apparatus of claim 14 wherein said apparatus comprises a radio receiver apparatus.

17. The apparatus of claim 14 wherein said apparatus comprises a media player apparatus.

18. The apparatus of claim 14 wherein said means for receiving program-related signals comprises timer means.

19. The apparatus of claim 14 wherein said predetermined hyperlink address indicates http hyperlink means.

20. The apparatus of claim 19 wherein said predetermined hyperlink address indicates said http hyperlink means comprising an Http Post or an Http Get value.

21. The apparatus of claim 14 wherein said apparatus further comprises means for hyperlinking operably coupled to said means for processing and said hyperlink address string further includes a third attribute indicating said means for hyperlinking is user-activated wherein said apparatus further comprises:

means for storing, means for visually displaying and means for user-activating, each operably coupled to said means for processing and collectively configured for user-activating said means for hyperlinking to hyperlink to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed, said means for storing to store for predetermined time said predetermined hyperlink address and said means for visually displaying to visually display for predetermined time predetermined data to prompt said user-activating said means for hyperlinking to hyperlink to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed, both said means for storing and said means for visually displaying responsive to said third attribute, and said means for user-activating to activate said means for hyperlinking to hyperlink to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed.

22. The apparatus of claim 14 wherein said apparatus further comprises means for hyperlinking operably coupled to said means for processing and said hyperlink address string further includes a third attribute indicating said means for hyperlinking is automatically activated wherein said apparatus further comprises:

means for automatically activating said means for hyperlinking operably coupled to said means for processing and configured for automatically activating said means for hyperlinking to automatically hyperlink to said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed responsive to said third attribute.

23. The apparatus of claim 21 or 22 wherein said means for hyperlinking comprises web browser means.

24. The apparatus of claim 14 wherein said hyperlinking prints said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed via a PrintWriter.

25. The apparatus of claim 14 wherein said predetermined printable output of said resource in an initial array position of a list in which resource identifiers uniquely identifying resources corresponding to said predetermined program material are arrayed is printed to paper via XHTML-Print.

* * * * *

Exhibit B

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

FEBRUARY 05, 2010

PTAS

*103588300A*

PROGME CORPORATION
208 CLAIR HILL
ROCHESTER HILLS, MICHIGAN 48309

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 01/15/2010    REEL/FRAME: 023901/0981
                                NUMBER OF PAGES: 2

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    REAMS, DAVID A.                    DOC DATE: 01/15/2010

ASSIGNEE:
    PROGME CORPORATION
    208 CLAIR HILL
    ROCHESTER HILLS, MICHIGAN 48309

SERIAL NUMBER: 12687945             FILING DATE: 01/15/2010
PATENT NUMBER:                      ISSUE DATE:
TITLE: AUDIO/VIDEO PROGRAM-RELATED HYPERLINK PRINTER

TONYA LEE, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

P.O. Box 1450, Alexandria, Virginia 22313-1450 - WWW.USPTO.GOV

download the URL String is only $3,000 (USD) for unlimited use for cable system debugging, EPG listing, HScreen display and HDTV printing for 6 months (180 calender days) of broadcast or cable transmission of the program that is encoded. Delivery of the URL String is via electronic download of the URL String from PrintHD.TV, U.S.A. when the URL String is generated in the box above. Acceptible credit cards for making the purchase of the URL String are American Express, VISA, MasterCard and Discover.

PrintHD.TV Refund/Return Policy PrintHD.TV will refund the total purchase price for any URL Strings that do not operate to process the URL String as follows: A) link to the URL String Predetermined Hyperlink Address to establish a connection with an associated target object and B) linking to the URL String prints Predetermined Printable Output of said associated target object. The party that downloaded the URL String has the burden of demonstrating in writing a faillure of the URL String to process as indicated above before refund of the purchase price is provided. PrintHD.TV, 208 Clair Hill Drive, Rochester Hills, MI 48309 Ph 248-376-0467 Fax 1-248-659-1524 Email sales@printhd.tv Customer Service Ph 248-376-2840 Website Host:1and1.com >>Submit your question about encoding the PREDETERMINED HYPERLINK ADDRESS STRING

*The method for generating this URL string and encoding the URL sting to transmit with a spot program signal is covered by Patent 8,713,425. In downloading and encoding this URL string, you and the radio or television facility or spot producer you represent agree to be bound by the License Terms and Conditions specified in the Legal page of this Site. Customer has the right to review all information relevant to the sale contained in this website prior to the completed sale. Customer has the right to cancel any sale before full payment is made. Check this box to accept this Refund/Return Policy. ☐
PrintHD.TV - Buy Your Cable Program Signal Debug Code Online

Copyright 2014 Progme Corporation All Rights Reserved
Email: Sales@PrintHD.TV.com
Privacy Policy | Legal | Contact Information