# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 17-1488

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

## I. APPLICANT'S STATEMENT

I, _____David A. Reams_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _313_____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Ohio | 05/07/1984 | 2086 |
|------|-----------|------|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Michigan | 01/01/1970 | 62855 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Dist. Ct. E.D. Mich. | 01/13/2004 | n/a |
|------|-----------|------|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*  Progme Corporation

(Applicant's Signature)

04/18/2017
(Date)

APR 24 2017

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Law Office of David A. Reams, P.C.

208 Clair Hill Drive, Rochester Hills, MI 48309

248-376-2840

Sworn and subscribed before me this

18th Day of April, 2017

Notary Public

KELLEY KUMMER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Comm. Exp. 08/31/2023
Acting in the County of Wayne
Date 04 / 18 / 2017

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____David A. Reams____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Frank A. Mazzeo                                        8/31/2015         65537

| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

808 Bethlehem Pike, Ste. 200

Colmar, PA 18915

215-997-0248

Sworn and subscribed before me this

25th Day of April, 2015 17

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Aldo J. Cuce, Notary Public
Trappe Boro, Montgomery County
My Commission Expires Sept. 10, 2018

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Progme Corporation : CIVIL ACTION
:
v. :
Comcast Cable Communications, LLC :
: NO. 17-1488

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of_____David A. Reams_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:


Jeffrey W. Lesovitz, Esq., 2929 Arch St., 12th Fl., Philadelphia, PA 19104

Thomas Tallerico, Esq., 201 W. Big Beaver Rd., Ste. 500, Troy, MI 48084

Eric A. Buresh, Esq., 6201 College Blvd., Ste. 300, Overland Park, KS 66211


Signature of Attorney

Frank A. Mazzeo
Name of Attorney

Progme Corporation
Name of Moving Party

4/25/17
Date

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Progme Corporation

                :     CIVIL ACTION

                :

      v.             :

Comcast Cable Communications, LLC   :

                :     NO.  17-1488

### ORDER

AND NOW, this        Day of           , 20    , it is hereby

ORDERED that the application of <u>David A. Reams</u>, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

    ☑    GRANTED.

    ☐    DENIED.

_____

                                                 J.