# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROGME CORPORATION,<br><br>                    Plaintiff,<br>     v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, et al.,<br><br>                    Defendants. | Civil Action No. 2:17-cv-1488<br><br>Judge Gerald A. McHugh |

**COMCAST CABLE COMMUNICATIONS, LLC'S MOTION TO DISMISS PROGME'S INDIRECT-INFRINGEMENT & WILLFULNESS CLAIMS UNDER FED. R. CIV. P. 12(B)(6), AND TO DISMISS CERTAIN DIRECT-INFRINGEMENT CLAIMS UNDER FED. R. CIV. P. 12(B)(6) OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT UNDER FED. R. CIV. P. 12(E)**

Defendant Comcast Cable Communications, LLC ("Comcast Cable") moves this Court for an order dismissing Progme Corporation's ("Progme") claims for induced and contributory infringement (referred to collectively as "indirect" infringement) and willful infringement in its First Amended Complaint for Patent Infringement (D.I. 1, Attachments 13-15) under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Comcast further moves for dismissal of claims of direct infringement set forth in Counts III-VI of the amended complaint, also for failing to state a claim under Fed. R. Civ. P. 12(b)(6). Alternatively, as to these Counts of direct infringement, Comcast moves under Fed. R. Civ. P. 12(e) for an order requiring a more definite statement.

The parties conferred about these motions on March 15, 2016, but reached no agreement.

Dated: June 7, 2017

Respectfully submitted,

/s/ Daniel J. Goettle
Daniel J. Goettle (02933)
Jeffrey W. Lesovitz (016072006)
Stephanie M. Papastephanou (316227)
BAKER & HOSTETLER LLP
2929 Arch Street, Cira Centre, 12th Floor
Philadelphia, PA  19104-2891
Telephone:   215.568.3100
Facsimile:    215.568.3439

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC
dgoettle@bakerlaw.com
jlesovitz@bakerlaw.com
spapastephanou@bakerlaw.com

## CERTIFICATE OF SERVICE

      I, Stephanie M. Papastephanou, hereby certify that on June 7, 2017, a copy of Comcast Cable Communications, LLC's Motion to Dismiss Progme's Indirect-Infringement & Willfulness Claims Under Fed. R. Civ. P. 12(B)(6), and to Dismiss Certain Direct-Infringement Claims Under Fed. R. Civ. P. 12(B)(6) or, Alternatively, For a More Definite Statement Under Fed. R. Civ. P. 12(E) was served upon counsel at the address and in the manner indicated:

**ELECTRONIC MAIL**

David A. Reams
LAW OFFICE OF DAVID A. REAMS, P.C.
208 Clair Hill Drive
Rochester Hills, MI 48309
248-376-2840
Email: godreams@juno.com

John Wesley Scott
Stephen J. Kastenberg
BALLARD SPAHR LLP
1735 Market Street, 51st FL
Philadelphia, PA 19103
215-864-8635
Email: scottj@ballardspahr.com
Email: kastenberg@ballardspahr.com

Frank A. Mazzeo
RYDER LU MAZZEO & KONIECZNY LLC
808 Bethlehem Pike
Suite 200
Colmar, PA 18915
215-997-0248
Email: fmazzeo@ryderlu.com

Eric A. Buresh
Michelle L. Marriott
Mark C. Lang
ERISE IP P.A.
6201 College Blvd.
Suite 300
Overland Park, KS 66211
913-777-5600
Email: eric.buresh@eriseip.com
Email: michelle.marriott@eriseip.com
Email: mark.lang@eriseip.com

                                      */s/ Stephanie M. Papastephanou*