IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROGME CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 17-1488 |
| COMCAST CABLE COMMUNICATIONS, LLC, and NBCUNIVERSAL MEDIA, LLC | : | |
| Defendants. | : | |

## NBCUNIVERSAL MEDIA, LLC'S MOTION TO DISMISS PROGME CORPORATION'S FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(B)(6) OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT UNDER FED. R. CIV. P. 12(E)

Defendants NBCUniversal Media, LLC (hereafter "NBCUniversal"), by its undersigned counsel, hereby moves the Court for an order dismissing plaintiff Progme Corporation's First Amended Complaint in its entirety. NBCUniversal brings this motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on grounds that Promptu's claims against NBCUniversal are barred by *res judicata* and fails to adequately state a claim against NBCUniversal. To the extent the Court not dismiss the claims, NBCUniversal moves for an order requiring Progme provide a more definite statement of it claims, pursuant to Federal Rule of Civil Procedure 12(e). This motion is based on the following Memorandum of Points and Authorities, on all pleadings and papers on file or to be filed in the above-entitled action, the arguments of counsel, and any other matters that may properly come before the Court for its consideration.

Date: June 7, 2017

       */s/ Stephen J. Kastenberg*
Stephen J. Kastenberg
John W. Scott
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500

Michelle L. Marriott
Mark C. Lang
Eric A. Buresh
ERISE IP, P.A
6302 College Blvd, Suite 300
Overland Park, KS 66211
913.777.5600

*Attorney for Defendant NBCUniversal Media, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PROGME CORPORATION,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC, and NBCUNIVERSAL MEDIA, LLC

    Defendants.

CIVIL ACTION NO. 17-1488

## [PROPOSED] ORDER

AND NOW, this __ day of _____, 2017, upon consideration of the Defendant NBCUniversal Media, LLC's Motion to Dismiss Progme Corporation's First Amended Complaint Under Fed. R. Civ. P. 12(B)(6), or Alternatively for a More Definite Statement Under Fed. R. Civ. P. 12(e), it is hereby ORDERED that the Motion is GRANTED, and Plaintiff's First Amended Complaint against NBCUniversal Media, LLC is DISMISSED with Prejudice.

 

    Hon. Gerald A. McHugh
    United States District Court

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date he caused to be served copies of the Defendant NBCUniversal Media, LLC's Motion to Dismiss Progme Corporation's First Amended Complaint Under Fed. R. Civ. P. 12(B)(6), or Alternatively for a More Definite Statement Under Fed. R. Civ. P. 12(e), along with the Memorandum of Law and exhibits, upon counsel at the following addresses, and filed same via the Court's ECF/CM system:

DAVID A. REAMS
LAW OFFICE OF DAVID A. REAMS, P.C.
208 CLAIR HILL DRIVE
ROCHESTER HILLS, MI 48309
248-376-2840
godreams@juno.com

FRANK A. MAZZEO
RYDER LU MAZZEO & KONIECZNY LLC
808 BETHLEHEM PIKE
SUITE 200
COLMAR, PA 18915
215-997-0248
fmazzeo@ryderlu.com

DANIEL J. GOETTLE
JEFFREY W. LESOVITZ
STEPHANIE M. PAPASTEPHANOU
BAKER & HOSTETLER LLP
2929 ARCH STREET, 12TH FLOOR
PHILADELPHIA, PA 19104-2891
215-568-3100
dgoettle@bakerlaw.com
jlesovitz@bakerlaw.com
spapastephanou@bakerlaw.com

                                                  */s/ John W. Scott*
                                                  John W. Scott

Dated: June 7, 2017