**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PROGME CORPORATION,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 17-1488** |
| | : | |
| **COMCAST CABLE** | : | |
| **COMMUNICATIONS LLC, and** | : | |
| **NBCUNIVERSAL MEDIA, LLC,** | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

This 3rd day of November 2017, upon consideration of Plaintiff Progme Corporation's First Amended Complaint, ECF No. 1-13, Defendant Comcast Cable Communications, LLC's Motion to Dismiss, ECF No. 20, and Defendant NBCUniversal Media, LLC's Motion to Dismiss, ECF No. 21, it is hereby **ORDERED**:

1. NBCUniversal Media, LLC's Motion to Dismiss is **GRANTED**. All claims against NBCUniversal Media, LLC are **DISMISSED** in their entirety.

2. Comcast Cable Communications, LLC's Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**. All claims in Counts III–VI are **DISMISSED** without prejudice. All claims for induced infringement, contributory infringement, and divided infringement in Counts I and II are **DISMISSED** without prejudice.


_____/s/ Gerald Austin McHugh
United States District Court Judge