# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PROGME CORPORATION**, | Civil Action No. 2:17-cv-01488-GAM |
| **Plaintiff** | District Judge Gerald Austin McHugh |
| v. | |
| **COMCAST CABLE** | |
| **COMMUNCIATIONS, LLC**, | **PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)** |
| **Defendant** | |

Progme hereby moves this Honorable Court to grant Progme leave to file the appended **FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT** or, in the alternative, grant Progme leave to voluntarily dismiss the action without prejudice in the above-captioned action.

November 17, 2017

Respectfully submitted,

/s/ David A. Reams
David A. Reams, *Pro Hac Vice*
Law Office of David A. Reams, P.C.
208 Clair Hill Drive
Rochester Hills, MI 48309
248-376-2840
Lead Counsel for Progme Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2017, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

Signed,

/s/ David A. Reams
David A. Reams