# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PROGME CORPORATION**, | Civil Action No. 2:17-cv-01488-GAM |
| **Plaintiff** | District Judge Gerald Austin McHugh |
| v. | |
| **COMCAST CABLE COMMUNCIATIONS, LLC**, | PLAINTIFF'S MOTION FOR LEAVE TO FILE *NUNC PRO TUNC* NEW PAGE 65 IN FOURTH AMENDED COMPLAINT |
| **Defendant** | **FOR PATENT INFRINGEMENT** |

Progme hereby moves this Honorable Court to grant Progme leave to file *nunc pro tunc* the appended new page 65 of the proposed **FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT** to merely substitute said new page 65 for page 65 of said proposed **FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT** signed 11/17/17 that inadvertently kept in under **PRAYER FOR RELIEF** in paras. 142 (a) and (b) claims and language for indirect infringement against Defendant Comcast in said proposed **FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT** in the above-captioned action.

November 18, 2017

Respectfully submitted,

/s/ David A. Reams
David A. Reams, *Pro Hac Vice*
Law Office of David A. Reams, P.C.
208 Clair Hill Drive
Rochester Hills, MI 48309
248-376-2840
Lead Counsel for Progme Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2017, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

    Signed,

    /s/ David A. Reams