IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PROGME CORPORATION**, | Civil Action No. 2:17-cv-01488-GAM |
| **Plaintiff** | District Judge Gerald Austin McHugh |
| v. | **PLAINIFF'S BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |
| **COMCAST CABLE COMMUNCIATIONS, LLC**, | |
| **Defendant** | |

# TABLE OF CONTENTS

|  | Pg(s) |
|---|---|
| **TABLE OF AUTHORITIES** | **ii** |
| **ARGUMENT** | **1** |
|     **CERTIFICATE OF SERVICE** | **2** |

# TABLE OF AUTHORITIES

**Pg(s)**

**Cases**

Miles v. Boeing Co., 154 F.R.D. 112, 114 (E.D. Pa 1994)                    1

**Statutes**

FRCP 26(c)(7)                                                              1

Now comes Plaintiff Progme Corporation (hereinafter termed "Progme"), by counsel, and hereby moves this Honorable Court for a PROTECTIVE ORDER that any trade secret information disclosures so identified be treated as **CONFIDENTIAL ATTORNEY EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER**.

Trade secret information is considered highly confidential information. Indeed, FRCP 26(c)(7) allows a court, "upon good cause shown," to order that "a trade secret or other confidential research, development, or commercial information not be disclosed or be disclosed only in a designated way. Miles v. Boeing Co., 154 F.R.D. 112, 114 (E.D. Pa 1994). Good cause for the requested PROTECTIVE ORDER is that Defendant Comcast in the above-captioned action is forcing Progme via Doc. 37, paras. 1-12, pgs. 4-7 to disclose details of Progme's proprietary system design covered by several trade secrets that demonstrate a lack of materiality in alleged prior art Progme is accused of not disclosing.

Accordingly, Progme is requesting a PROECTIVE ORDER to cover any and all disclosure including written or by telephone conference of information covered by a trade secret as **CONFIDENTIAL ATTORNEY EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER**.

November 27, 2017

Respectfully submitted,

/s/ David A. Reams
David A. Reams, *Pro Hac Vice*
Law Office of David A. Reams, P.C.
208 Clair Hill Drive
Rochester Hills, MI 48309
248-376-2840
Lead Counsel for Progme Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2017, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

        Signed,

        /s/ David A. Reams