IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PROGME CORPORATION**, | Civil Action No. 2:17-cv-01488-GAM |
| **Plaintiff** | District Judge Gerald Austin McHugh |
| v. | **ORDER FOR** <br> **PROTECTIVE ORDER** |
| **COMCAST CABLE** <br>     **COMMUNCIATIONS, LLC**, | |
| **Defendant** | |

For good cause shown, it is **HEREBY ORDERED** that a PROTECTIVE ORDER to cover any and all disclosure including written or by telephone conference of information covered by a trade secret is **CONFIDENTIAL ATTORNEY EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER**.

                                                                         Signed,

                                                                         _____

                                                                          United States Distrtict Judge