IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PROGME CORPORATION,** : | | |
| **Plaintiff,** : | | |
| : | | **CIVIL ACTION** |
| **v.** : | | **NO. 17-1488** |
| : | | |
| **COMCAST CABLE** : | | |
| **COMMUNICATIONS LLC,** : | | |
| **Defendant.** : | | |

## ORDER

This 19th day of January, 2018, it is hereby **ORDERED** that Plaintiff Progme Corporation's Motion to Amend/Correct Complaint, ECF Nos. 38 and 39, is **GRANTED**. Through amendment up to this point, Plaintiff has narrowed the focus of its claims in such a way as to plausibly state a claim for direct patent infringement. One final amendment will be permitted.

/s/ Gerald Austin McHugh
United States District Judge