# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROGME CORPORATION,<br><br>                      Plaintiff,<br>    v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, et al.,<br><br>                      Defendants. | **Civil Action No. 2:17-cv-1488**<br><br>**Judge Gerald A. McHugh** |

**COMCAST CABLE COMMUNICATIONS, LLC'S MOTION TO DISMISS UNDER RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE BECAUSE THE PATENT CLAIMS ARE DIRECTED TO UNPATENTABLE SUBJECT MATTER**

Defendant Comcast Cable Communications, LLC ("Comcast Cable") moves this Court for an order dismissing all claims of Progme Corporation's Fourth Amended Complaint for Patent Infringement (D.I. 48) under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.  Comcast Cable respectfully requests dismissal because all claims of the patent asserted in the case, U.S. Patent No. 8,713,425, are invalid as directed to unpatentable subject matter under 35 U.S.C. § 101.

Dated: February 15, 2018                    Respectfully submitted,

                                            */s/ Daniel J. Goettle*

                                            Daniel J. Goettle (02933)
                                            Jeffrey W. Lesovitz (016072006)
                                            Stephanie M. Papastephanou (316227)
                                            BAKER & HOSTETLER LLP
                                            2929 Arch Street, Cira Centre, 12th Floor
                                            Philadelphia, PA  19104-2891
                                            Telephone:   215.568.3100
                                            Facsimile:    215.568.3439

                                            Attorneys for Defendant
                                            COMCAST CABLE COMMUNICATIONS, LLC
                                            dgoettle@bakerlaw.com
                                            jlesovitz@bakerlaw.com
                                            spapastephanou@bakerlaw.com

**CERTIFICATE OF SERVICE**

      I, Stephanie M. Papastephanou, hereby certify that on February 15, 2018, a copy of Comcast Cable Communications, LLC's Motion To Dismiss Under Rule 12(B)(6) Of The Federal Rules Of Civil Procedure Because The Patent Claims Are Directed To Unpatentable Subject Matter was served upon counsel at the address and in the manner indicated:

**ELECTRONIC MAIL, CERTIFIED MAIL AND ECF**

David A. Reams
LAW OFFICE OF DAVID A. REAMS, P.C.
208 Clair Hill Drive
Rochester Hills, MI 48309
248-376-2840
Email: godreams@juno.com

Frank A. Mazzeo
RYDER LU MAZZEO & KONIECZNY LLC
808 Bethlehem Pike
Suite 200
Colmar, PA 18915
215-997-0248
Email: fmazzeo@ryderlu.com

*/s/ Stephanie M. Papastephanou*